# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DANIEL R. DALEY,**

    Plaintiff,

v.                        CASE NUMBER: 1:13-cv-1151 (DEP)

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendant's motion for judgment on the pleadings is GRANTED. The Commissioner's determination that the plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is AFFIRMED. Based upon this determination, plaintiff's complaint is DISMISSED in its entirety.

All of the above pursuant to the order of the Honorable Judge David E. Peebles, dated the 19th day of June, 2014.

DATED: June 20, 2014

                                                      Clerk of Court

                                    By: s/ Nicole Killius
                                          Deputy Clerk